IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs                                                    CRIMINAL 05-0393CCC

JAMES G. WOODS
Defendant

## O R D E R

Having considered the Report and Recommendation filed on November 15, 2005 **(docket entry 18)** on a Rule 11 proceeding of defendant held before Magistrate Judge Gustavo A. Gelpí on November 15, 2005, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since November 15, 2005.  The **sentencing hearing is set for February 22, 2006 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on November 22, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge